United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 17, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-50480
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEXIS MORGANFIELD,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:03-CR-10-3
--------------------

Before JOLLY, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Alexis Morganfield appeals the revocation of his bond pending trial pursuant to 18 U.S.C. § 3145(c). Morganfield proceeded to trial and was convicted by the jury on April 26, 2006. This appeal is moot. Church of Scientology v. United States, 506 U.S. 9, 12 (1992); Willy v. Admin. Review Bd., 423 F.3d 483, 494 n.50 (5th Cir. 2005). The appeal is DISMISSED.

Morganfield's motion to replace appointed counsel is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.